IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GERALD PATTERSON                                                                PLAINTIFF

v.                              Civil No. 2:19-CV-02032

ATTORNEY SAM EASTMAN and                                              DEFENDANTS
DR. JOHN ED STAFFORD

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 3rd day of May 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE